THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES PODSEN, Relator, v. CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination of the Commissioner of Motor Vehicles of the State of New York suspending relator's license annulled and license restored, with fifty dollars costs and disbursements. The Commissioner of Motor Vehicles obtained no jurisdiction over relator and, therefore, had no authority to suspend his license. The statute (Highway Law, § 290-a) * requires a notice of hearing and an opportunity to be heard, which were not given to the relator. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

FRANCES REINZI, Respondent, v. GEORGE C. TILYOU and TILYOU REALTY Co., INC., Appellants.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents.

MICHAEL REINZI, Respondent, v. GEORGE C. TILYOU and TILYOU REALTY Co., INC., Appellants.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., dissents.

MAY ZEISLER, Appellant, v. BELMONT BLOCH, Respondent.— Order, as resettled, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Whatever rights defendant possessed under the original agreement of July 31, 1928, to have the order in question vacated have been waived by the subsequent transactions between the parties. By his stipulation, agreeing to vacate the property on December 31, 1928, the last agreement of October 3, 1928, was, by consent, rescinded and defendant then occupied his original position of a mortgagor retaining possession of the mortgaged property after sale and a referee's deed to the purchaser. Young, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., concurs in result.

ORCHID REALTY CORPORATION, Respondent, v. JAVIN BUILDING CORPORATION and Others, Defendants, and PHILIP B. TATARSKY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for May 1, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MARIA C. ANSANI, Appellant, v. GRACE CONTI, Respondent.— Order denying motion for leave to serve amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, without costs, upon condition that, within ten days from service of the order entered herein, appellant pay all taxable costs to date; date of issue to remain the same; otherwise, order affirmed, with ten dollars costs and disbursements. Plaintiff was entitled to the relief sought, but because of delay it should be upon condition of payment of costs to date. Appeal from order denying motion for reargument dismissed, without costs. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

---

* Added by Laws of 1924, chap. 360, as amd. by Laws of 1926, chap. 512. Now Vehicle and Traffic Law, § 71. See Laws of 1929, chap. 54, §§ 95, 99, 105.— [REP.